

# NUMBER 13-22-00111-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ANTONIO ALVARENGA,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

## On appeal from the 464th District Court
## of Hidalgo County, Texas.

# ORDER

### Before Justices Benavides, Tijerina, and Peña
### Order Per Curiam

Before the Court is appellant's pro se motion for access to appellate record and for extension of time to file a brief. On January 17, 2023, appellant's counsel filed an *Anders* brief, and appellant has been unable to examine the record in order to file a pro se brief.

Accordingly, we grant appellant's motion, and it is hereby ordered that the trial

court ensure that appellant has the opportunity to fully examine the clerk's record and reporter's record on or before fifteen (15) days from the date this order issues. It is further ordered the trial court notify this Court as to the date upon which the clerk's record and reporter's record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Furthermore, appellant shall have ninety (90) days from the day the clerk's record and the reporter's record is first made available to him to file his pro se brief with this Court. No additional extensions shall be granted absent new and exigent circumstances. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
17th day of February, 2023.

2